No. 966.  DELANO-EARLIMART IRRIGATION DISTRICT ET AL. *v.* RANK ET AL.  C. A. 9th Cir.  Certiorari granted. THE CHIEF JUSTICE took no part in the consideration or decision of this petition.  *Denver C. Peckinpah, Adolph Moskovitz, James K. Abercrombie, Irl Davis Brett* and *J. O. Reavis* for petitioners.  *John H. Lauten* and *Claude L. Rowe* for respondents.

No. 996, Misc.  SANDERS *v.* UNITED STATES.  Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit granted.  Case transferred to the appellate docket.  Petitioner *pro se*.  *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Sidney M. Glazer* for the United States.

No. 237.  CHICAGO, ROCK ISLAND & PACIFIC RAILROAD CO. ET AL. *v.* SWITCHMEN'S UNION OF NORTH AMERICA ET AL.  C. A. 2d Cir.  Certiorari denied.  *Kenneth F. Burgess* for petitioners.  *Ruth Weyand* for respondents.

No. 671.  LARSEN *v.* LADD, COMMISSIONER OF PATENTS. United States Court of Customs and Patent Appeals. Certiorari denied.  *Dean Laurence* and *Herbert I. Sherman* for petitioner.  *Solicitor General Cox, Assistant Attorney General Orrick* and *Morton Hollander* for respondent.